FILED

OCT 11 2018

U.S. BANKRUPTCY COURT
BY ____________ DEPUTY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Cameron (First Name) | Lamarr (Middle Name) | Burrell, Sr. (Last Name) |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Texas

Case number 18-52274-CAG7 (If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 243,485.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 277,955.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 521,440.00 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $ 264,701.97 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 68,800.00 |
| **Your total liabilities** | $ 333,501.97 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 7,662.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 3,866.00 |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 7,662.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 40,063.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 40,063.00 |

Fill in this information to identify your case and this filing:

Debtor 1: CAMERON LAMARR BURRELL, SR.
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number 18-52274-CAG7

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. 8323 Norcrest Dr
Street address, if available, or other description

Converse TX 78109
City State ZIP Code

BEXAR
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** 692461

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 178720.00
**Current value of the portion you own?** $ 224615.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

1.2. Hilton Grand Vacations
Street address, if available, or other description

6355 Metrowest Blvd, Ste 180

Orlando FL 32835
City State ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** 0333790048

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 22500.00
**Current value of the portion you own?** $ 18870.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

1.3. ______________________
Street address, if available, or other description

______________________

City State ZIP Code

______________________
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other ______________

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ | $ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

______________________

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** ______________

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ........ → $ 243485.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1. Make: RAM
Model: 2500
Year: 2014
Approximate mileage: 135000
Other information:

Arrears $15,000

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ 15000 | $ 24250.00 |

If you own or have more than one, describe here:

3.2. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ | $ |

3.3. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

3.4. Make: ______
Model: ______
Year: ______
Approximate mileage: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☑ No
- ☐ Yes

4.1. Make: ______
Model: ______
Year: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

If you own or have more than one, list here:

4.2. Make: ______
Model: ______
Year: ______
Other information:

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $______
**Current value of the portion you own?** $______

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ → $ 24250.00

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7
First Name Middle Name Last Name

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe....... Stove — $ 300.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe....... Printer, scanner, computer, monitor — $ 500.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe....... — $ 0.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe....... — $ 0.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe....... 12G Shotgun, .40 Caliber Handgun, .380 Caliber Handgun — $ 600.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe....... Everyday clothes, exotic cowboy boots — $ 1000.00

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe....... — $

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe....... — $

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. ....... — $

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....... → $ 2400.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ........ Cash: ........ $ 400.00

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ........

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | USAA | $ 900.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | USAA | $ 5.00 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ........ Institution or issuer name:

| | |
|---|---|
| | $ |
| | $ |
| | $ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them........

| Name of entity: | % of ownership: | |
|---|---|---|
| BURRELL CONSTRUCTION STRATEGIES,LLC | 51 % | $ 0.00 |
| CGT FARM MANAGEMENT,LLC | 100 % | $ 0.00 |
| | 0% % | $ |

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.......... Issuer name:

$

$

$

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $ |
| Pension plan: | | $ |
| IRA: | | $ |
| Retirement account: | | $ |
| Keogh: | | $ |
| Additional account: | | $ |
| Additional account: | | $ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes..........

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $ |
| Gas: | | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | | $ |
| Prepaid rent: | | $ |
| Telephone: | | $ |
| Water: | | $ |
| Rented furniture: | | $ |
| Other: | | $ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.......... Issuer name and description:

$

$

$

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ______ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

______ $______
______ $______
______ $______

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them.... $______

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them.... $______

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them.... $______

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......

Federal: $______
State: $______
Local: $______

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information......

Alimony: $______
Maintenance: $______
Support: $______
Divorce settlement: $______
Property settlement: $______

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information............. $______

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Columbian Life Insurance Co. | Lakeeka F. Burrell | $ 250000.00 |
| | | $ |
| | | $ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information............. $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. .................... $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. .................... $

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............ $

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ → $ 251305.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe....... $

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe....... $

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☐ No
- ☐ Yes. Describe....... $

41. **Inventory**

- ☐ No
- ☐ Yes. Describe....... $

42. **Interests in partnerships or joint ventures**

- ☐ No
- ☐ Yes. Describe...... Name of entity: % of ownership:

| Name of entity | % of ownership | |
|---|---|---|
| | % | $ |
| | % | $ |
| | % | $ |

43. **Customer lists, mailing lists, or other compilations**

- ☐ No
- ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe....... $

44. **Any business-related property you did not already list**

- ☐ No
- ☐ Yes. Give specific information .........

$
$
$
$
$
$

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .......... ➔ $ 0.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

- ☐ No
- ☐ Yes........ $

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information. ............ $______

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes........................ $______

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes........................ $______

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information. ............ $______

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .......... ➔ $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............ $______ $______ $______

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......... ➔ $ 0.00

## Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** .......... ➔ | | $ 243485.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 24250.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $ 2400.00 | |
| 58. **Part 4: Total financial assets, line 36** | $ 251305.00 | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $ 0.00 | |
| 62. **Total personal property.** Add lines 56 through 61. .......... | $ 277955.00 | Copy personal property total ➔ + $ 277955.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .......... | | $ 521440.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Cameron | Lamarr | Burrell, Sr |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Texas

Case number (if known) 18-52274-CAG7

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Vacation Timeshare<br>Line from *Schedule A/B*: 1.2 | $22,500.00 | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 USC S 522(b)(3)<br>TPC PROP S 221.034 |
| Brief description: ______<br>Line from *Schedule A/B*: ______ | $ ______ | ☐ $ ______<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ______<br>Line from *Schedule A/B*: ______ | $ ______ | ☐ $ ______<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

Fill in this information to identify your case:

Debtor 1: CAMERON (First Name) LAMARR (Middle Name) BURRELL, SR. (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number (If known): 18-52274-CAG7

☐ Check if this is an amended filing

# Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion (If any) |
|---|---|---|---|
| 2.1 BEXAR COUNTY c/o Donald P. Stecker | $ 4879.13 | $ 178720.00 | $ 0.00 |
| 2.2 Mr. Cooper | $ 135666.23 | $ 178720.00 | $ 0.00 |

**2.1** BEXAR COUNTY c/o Donald P. Stecker (Creditor's Name)
711 Navarro (Number Street)
Ste 300
San Antonio TX 78205 (City State ZIP Code)

**Describe the property that secures the claim:** 8323 Norcrest Dr Converse, TX 78109 Bexar County Homestead

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Property Taxes

**Date debt was incurred** 01/01/2018

**Last 4 digits of account number** 2 4 6 1

**2.2** Mr. Cooper (Creditor's Name)
8950 Cypress Waters Blvd. (Number Street)
Coppell TX 75019 (City State ZIP Code)

**Describe the property that secures the claim:** 8323 Norcrest Dr Converse, TX 78109 Bexar County Homestead

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) First Mortgage

**Date debt was incurred** 08/08/2018

**Last 4 digits of account number** 9 3 4 3

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 140545.36

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7
First Name Middle Name Last Name

**Part 1: Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

*Column A* **Amount of claim** Do not deduct the value of collateral.
*Column B* **Value of collateral that supports this claim**
*Column C* **Unsecured portion** If any

**2.3** Mr. Cooper
Creditor's Name
8950 Cypress Walters Blvd
Number Street

Coppell TX 75019
City State ZIP Code

**Describe the property that secures the claim:** $ 107128.61 $ 178720.00 $ 0.00

8323 Norcrest Dr. Converse, TX 78109
Bexar County Homestead

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Pre-Petition Mortgage Arrearage

**Date debt was incurred** 08/08/2018

**Last 4 digits of account number** 9 3 4 3

---

**2.4** Property Owners Association Northampton
Creditor's Name
8200 Perrin Bietel
Number Street
Ste 128
San Antonio TX 78128
City State ZIP Code

**Describe the property that secures the claim:** $ 400.00 $ 178720.00 $ 0.00

8323 Norcrest Dr Converse, TX 78109 Bexar County Homestead

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) HOA Dues

**Date debt was incurred** 01/01/2018

**Last 4 digits of account number** 8 3 2 3

---

**2.4** Santander Conumer USA, Inc.
Creditor's Name
PO Box 560284
Number Street

Dallas TX 75356
City State ZIP Code

**Describe the property that secures the claim:** $ 14500.00 $ 25275.00 $ 0.00

2014 RAM 2500 SLT

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Date debt was incurred** 05/2015

**Last 4 digits of account number** 4 5 7 6

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 122028.61

**If this is the last page of your form, add the dollar value totals from all pages.** $

Debtor 1 Cameron Lamarr Burrell, Sr
First Name Middle Name Last Name

Case number (if known) 18-52274-CAG7

**Part 1: Additional Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim | Column C Unsecured portion (If any) |
|---|---|---|---|
| 2.5 Hilton Grand Vacations | $ 2,128.00 | $ 22,500.00 | $ |

**2.5** Hilton Grand Vacations
Creditor's Name
6355 Metrowest Blvd., Ste 180
Number Street

Orlando FL 32835
City State ZIP Code

**Describe the property that secures the claim:** Vacation timeshare

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____

**Date debt was incurred** 12/08/[redacted]

**Last 4 digits of account number** 0 0 4 8

---

☐ ____
Creditor's Name

Number Street

City State ZIP Code

**Describe the property that secures the claim:** $____ $____ $____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____

**Date debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

---

☐ ____
Creditor's Name

Number Street

City State ZIP Code

**Describe the property that secures the claim:** $____ $____ $____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ____

**Date debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 2,128.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 264,701.97

Fill in this information to identify your case

Debtor 1 CAMERON LAMARR BURRELL, SR.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number 18-52274-CAG7
(If known)

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

**Part 1: List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

**Total claim** | **Priority amount** | **Nonpriority amount**

2.1

Priority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ____ $______ $______ $______

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify ______

2.2

Priority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ____ $______ $______ $______

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify ______

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| Priority Creditor's Name<br>Number Street<br>City State ZIP Code<br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**When was the debt incurred?** ________<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify ________ | $ | $ | $ |
| Priority Creditor's Name<br>Number Street<br>City State ZIP Code<br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**When was the debt incurred?** ________<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify ________ | $ | $ | $ |
| Priority Creditor's Name<br>Number Street<br>City State ZIP Code<br>Who incurred the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**When was the debt incurred?** ________<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify ________ | $ | $ | $ |

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

**Total claim**

**4.1** Capital One/General Correspondence Bankruptcy
Nonpriority Creditor's Name
PO Box 30285
Number Street
Salt Lake City UT 84130
City State ZIP Code

**Last 4 digits of account number** 1 6 3 4 — $ 3139.00

**When was the debt incurred?** 02/01/2008

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card

**4.2** Fed Loan Servicing
Nonpriority Creditor's Name
PO Box 69184
Number Street
Harrisburg PA 17106
City State ZIP Code

**Last 4 digits of account number** 0 0 0 2 — $ 40063.00

**When was the debt incurred?** 12/17/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Student Loan

**4.3** Military Star/Exchange Service-Collections Attn: CP Ops
Nonpriority Creditor's Name
PO Box 660056
Number Street
Dallas TX 75266
City State ZIP Code

**Last 4 digits of account number** 0 3 9 0 — $ 3426.44

**When was the debt incurred?** 06/24/07

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Charge Account

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.4** Navy Federal Credit Union
Nonpriority Creditor's Name
PO Box 3000
Number Street
Merrifield VA 22119
City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 7 7 0 2 — $ 17621.00

**When was the debt incurred?** 09/10/2018

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Repossession

---

**4.5** Navy Federal Credit Union
Nonpriority Creditor's Name
PO Box 3000
Number Street
Merrifield VA 22119
City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 7 6 7 — $ 4551.00

**When was the debt incurred?** 03/09/10

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

---

☐ __________
Nonpriority Creditor's Name
__________
Number Street
__________
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __ — $______

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify______

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Name

Number Street

City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 CAMERON LAMARR BURRELL, SR. Case number (if known) 18-52274-CAG7
First Name Middle Name Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | **6a. Domestic support obligations** | 6a. | $ 0.00 |
| | **6b. Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | **6c. Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | **6d. Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | **6e. Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | **6f. Student loans** | 6f. | $ 40063.00 |
| | **6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | **6h. Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | **6i. Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 28737.00 |
| | **6j. Total.** Add lines 6f through 6i. | 6j. | $ 68800.00 |

Print Save As... Add Attachment Reset

Fill in this information to identify your case:

Debtor: CAMERON (First Name) LAMARR (Middle Name) BURRELL, SR. (Last Name)

Debtor 2 (Spouse if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 18-52274-CAG7

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Hilton Grand Vacations (Name)<br>6355 Metrowest Blvd., Ste 180 (Number Street)<br>Orlando (City) FL (State) 32835 (ZIP Code) | Vacation timeshare package where a Deed of Trust and/or Mortgage was signed. |
| 2.2 | K Clark Property Management, LTD (Name)<br>8635 Brucks Drive (Number Street)<br>Converse (City) TX (State) 78109 (ZIP Code) | Residential property lease in which debtor, spouse and child currently reside. |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |

Fill in this information to identify your case:

Debtor 1 Cameron Lamarr Burrell, Sr.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number 18-52274-CAG7
(If known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☑ Yes. In which community state or territory did you live? Texas. Fill in the name and current address of that person.

   Lakeeka F. Burrell
   Name of your spouse, former spouse, or legal equivalent

   8323 Norcrest Dr
   Number Street

   Converse TX 78109
   City State ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| | *Column 1:* Your codebtor | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3.2 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3.3 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ______<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Cameron | Lamarrr | Burrell, Sr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Texas

Case number (if known) 18-52274-CAG7

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | [x] Employed<br>[ ] Not employed | [x] Employed<br>[ ] Not employed |
| **Occupation** | Self-Employed/Farm Project Manager | The Bank of San Antonio |
| **Employer's name** | Burrell Construction Strategies | |
| **Employer's address** | 8323 Norcrest Dr<br>Number Street<br>Converse TX 78109<br>City State ZIP Code | 1900 NW Loop 410<br>Number Street<br>San Antonio TX 78213<br>City State ZIP Code |
| **How long employed there?** | 2 YRS | 1 YR |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3560.00 | $ 3832.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 3560.00 | $ 3832.00 |

Debtor 1 Cameron Lamarrr Burrell, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here → | 4. | $ 3560.00 | $ 3832.00 |
| **5. List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | $ 100.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | $ 100.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | $ 100.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | $ |
| 5e. **Insurance** | 5e. | $ | $ 100.00 |
| 5f. **Domestic support obligations** | 5f. | $ | $ |
| 5g. **Union dues** | 5g. | $ | $ |
| 5h. **Other deductions.** Specify: | 5h. | + $ | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ | $ 400.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3560.00 | $ 3432.00 |
| **8. List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ |
| 8b. **Interest and dividends** | 8b. | $ | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ |
| 8d. **Unemployment compensation** | 8d. | $ | $ |
| 8e. **Social Security** | 8e. | $ | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ | $ |
| 8g. **Pension or retirement income** | 8g. | $ | $ |
| 8h. **Other monthly income.** Specify: VA Disability | 8h. | + $ 270.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 3830.00 | $ 3832.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3830.00 + | $ 3832.00 = $ 7662.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies 12. $ 7662.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: Yearly increase in income from soybean crop farming, 3Q 2019.

Fill in this information to identify your case

Debtor 1 CAMERON LAMARR BURRELL, Sr.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number 18-52274-CAG7
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?** Do not list Debtor 1 and Debtor 2. Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| SON | 36 MONTHS | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1525.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 25.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 60.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 160.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 95.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 200.00 |
| 6d. | Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 0.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 520.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 0.00 |
| 10. | **Personal care products and services** | 10. | $ 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 148.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 240.00 |
| 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify: | 17c. | $ 0.00 |
| 17d. | Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 45.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

| | | | |
|---|---|---|---|
| 21. **Other.** Specify: ____________ | 21. | +$ | 0.00 |
| 22. **Calculate your monthly expenses.** | | | |
| 22a. Add lines 4 through 21. | 22a. | $ | 3866.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ | 3866.00 |
| 23. **Calculate your monthly net income.** | | | |
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $ | 7662.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | −$ | 3866.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 3796.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Explain here: Residential lease ($1525) will expire at February's end in which I expect to be back living in my home state of Tennessee

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Cameron | Lamarr | Burrell, Sr |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Texas

Case number (If known) 18-52274-CAG7

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person____________________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ Cameron L Burrell, Sr.
Signature of Debtor 1

✗ ____________________
Signature of Debtor 2

Date 10/11/2018
MM / DD / YYYY

Date __________
MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1 Cameron Lamarr Burrell, Sr.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number 18-52274-CAG7
(If known)

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| Number Street<br><br>City State ZIP Code | From ____<br>To ____ | ☐ Same as Debtor 1<br>Number Street<br><br>City State ZIP Code | ☐ Same as Debtor 1<br>From ____<br>To ____ |
| Number Street<br><br>City State ZIP Code | From ____<br>To ____ | ☐ Same as Debtor 1<br>Number Street<br><br>City State ZIP Code | ☐ Same as Debtor 1<br>From ____<br>To ____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

Debtor 1 Cameron Lamarr Burrell, Sr. Case number (if known) 18-52274-CAG7

First Name / Middle Name / Last Name

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

- ☐ No
- ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 34,470.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:** (January 1 to December 31, 2017) YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 27,880.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:** (January 1 to December 31, 2016) YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 88,270.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

- ☐ No
- ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | VA Disability | $ 2,700.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, 2017) YYYY | VA Disability | $ 3,240.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, 2016) YYYY | VA Disability | $ 3,240.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name<br>Number Street<br><br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| Creditor's Name<br>Number Street<br><br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| Creditor's Name<br>Number Street<br><br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |

Debtor 1 Cameron Lamarr Burrell, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☑ No
- ☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title ______ <br> Case number ______ | | Court Name <br> Number Street <br> City State ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title ______ <br> Case number ______ | | Court Name <br> Number Street <br> City State ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name <br> Number Street <br> City State ZIP Code | | ______ | $______ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name <br> Number Street <br> City State ZIP Code | | ______ | $______ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br>Number Street<br>City State ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | $ |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | $<br>$ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | $<br>$ |

Debtor 1 Cameron Lamarr Burrell, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | $ |
| | | | $ |
| Number Street | | | |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number Street | | | $ |
| | | | $ |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1 Cameron Lamarr Burrell, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br>Number Street<br>City State ZIP Code<br>Email or website address<br>Person Who Made the Payment, if Not You | | | $<br>$ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br>Number Street<br>City State ZIP Code | | | $<br>$ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | |
| Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | |

Debtor 1 Cameron Lamarr Burrell, Sr. — First Name / Middle Name / Last Name — Case number (if known) 18-52274-CAG7

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ☑ No
- ☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust ______ | | ______ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

- ☐ No
- ☑ **Yes. Fill in the details.**

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Security Services FCU (Name of Financial Institution)<br>PO Box 691510 (Number Street)<br>San Antonio TX 78269 (City State ZIP Code) | XXXX–8 0 7 1 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other Business | 02/18/2018 | $ -578.00 |
| Name of Financial Institution<br>Number Street<br>78269 (City State ZIP Code) | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☑ No
- ☐ **Yes. Fill in the details.**

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | ☐ No<br>☐ Yes |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $ |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number Street | | ☐ On appeal |
| Case number | City State ZIP Code | | ☐ Concluded |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Business | Describe the nature of the business / Name of accountant or bookkeeper | Employer Identification number (Do not include Social Security number or ITIN) / Dates business existed |
|---|---|---|
| Burrell Construction Strategies (Business Name)<br>8323 Norcrest Dr (Number Street)<br>Converse TX 78109 (City State ZIP Code) | General Project Management and Consulting<br>Name of accountant or bookkeeper: Cameron Burrell | EIN: 4 5 - 3 6 0 4 6 2 7<br>Dates business existed: From 10/20/2001 To 12/31/2018 |
| CGT Farm Management (Business Name)<br>8323 Norcrest Dr (Number Street)<br>Converse TX 78109 (City State ZIP Code) | Farm Project Management and Consulting<br>Name of accountant or bookkeeper: Cameron Burrell | EIN: 4 7 - 3 2 8 0 5 6 3<br>Dates business existed: From 03/01/2015 To 12/31/2018 |

Debtor 1 Cameron Lamarr Burrell, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

Business Name

Number Street

City State ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From ______ To ______

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ **Yes. Fill in the details below.**

Date issued

Vanhemelrijck Law Offices PC
Name

02/01/2017
MM / DD / YYYY

1100 Northwest Loop 410
Number Street

San Antonio 782 TX 78213
City State ZIP Code

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✗ Cameron L Burrell, Sr.
Signature of Debtor 1

✗ ______________________
Signature of Debtor 2

Date 10/11/2018

Date ______________

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person______________________________. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case

| | | | |
|---|---|---|---|
| Debtor 1 | Cameron | Lamarr | Burrell, Sr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Texas

Case number (If known) 18-52274-CAG7

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Mr. Cooper<br>Description of property securing debt: SFR 8323 Norcrest Dr Converse, TX 78109 Bexar County Homestead | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: ______ | ☑ No<br>☐ Yes |
| Creditor's name: Santander Conumer USA, Inc.<br>Description of property securing debt: 2014 RAM 2500 | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: ______ | ☑ No<br>☐ Yes |
| Creditor's name: Hilton Grand Vacations<br>Description of property securing debt: Vacation Timeshare | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: ______ | ☐ No<br>☑ Yes |
| Creditor's name: Bexar County<br>Description of property securing debt: SFR 8323 Norcrest Dr Converse, TX 78109 Bexar County Homestead | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: ______ | ☐ No<br>☐ Yes |

Debtor 1 Cameron Lamarr Burrell, Sr. Case number (If known) 18-52274-CAG7

First Name Middle Name Last Name

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

✘ Cameron L Burrell, Sr. ✘ ______________________

Signature of Debtor 1 Signature of Debtor 2

Date 10/05/2018 Date ____________

MM / DD / YYYY MM / DD / YYYY

Fill in this information to identify your case

Debtor 1: CAMERON (First Name) LAMARR (Middle Name) BURRELL, SR (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number (If known): 18-52274-CAG7

Check one box only as directed in this form and in Form 122A-1Supp.

- ☐ 1. There is no presumption of abuse.
- ☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☑ **Married and your spouse is NOT filing with you. You and your spouse are:**
     - ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Debtor 1 | Debtor 2 | | *Column A* Debtor 1 | *Column B* Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | | | $ 3560.00 | $ 3832.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | | | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | | $ | $ 0.00 |
| 5. **Net income from operating a business, profession, or farm** | Debtor 1 | Debtor 2 | | | |
| Gross receipts (before all deductions) | $ 0.00 | $ | | | |
| Ordinary and necessary operating expenses | – $ | – $ | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here → | $ 0.00 | $ 0.00 |
| 6. **Net income from rental and other real property** | Debtor 1 | Debtor 2 | | | |
| Gross receipts (before all deductions) | $ 0.00 | $ | | | |
| Ordinary and necessary operating expenses | – $ | – $ | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ | Copy here → | $ 0.00 | $ |
| 7. **Interest, dividends, and royalties** | | | | $ 0.00 | $ 0.00 |

Debtor 1 CAMERON LAMARR BURRELL, SR Case number (if known) 18-52274-CAG7
First Name Middle Name Last Name

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you ... $ 0.00 | | |
| For your spouse ... $ 0.00 | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ 0.00 |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| VA DISABILITY | $ 270.00 | $ 0.00 |
| | $ | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | + $ 0.00 |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 3830.00 + | $ 3832.00 = $ 7662.00 Total current monthly income |

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ... **Copy line 11 here➔** $ 7662.00

Multiply by 12 (the number of months in a year). x 12

12b. The result is your annual income for this part of the form. 12b. $ 91944.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. TEXAS

Fill in the number of people in your household. 3

Fill in the median family income for your state and size of household. ... 13. $ 59295.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☒ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x Cameron L Burrell, Sr
Signature of Debtor 1

x ____________________
Signature of Debtor 2

Date 10/05/2018
MM / DD / YYYY

Date ____________
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Fill in this information to identify your case

Debtor 1 CAMERON LAMARR BURRELL, Sr.
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number 18-52274-CAG7
(If known)

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

# Official Form 122A–2

# Chapter 7 Means Test Calculation

04/16

**To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1: Determine Your Adjusted Income

1. **Copy your total current monthly income.** .................... **Copy line 11 from Official Form 122A-1 here➔** .......... $ 7662.00

2. **Did you fill out Column B in Part 1 of Form 122A–1?**

   ☐ No. Fill in $0 for the total on line 3.

   ☑ Yes. Is your spouse filing with you?

   ☑ No. Go to line 3.

   ☐ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 for the total on line 3.

   ☐ Yes. Fill in the information below:

| **State each purpose for which the income was used**<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | **Fill in the amount you are subtracting from your spouse's income** |
|---|---|
| | $ |
| | $ |
| | + $ |
| **Total.** .................... | $ 0.00 |

**Copy total here** ..........➔ — $ 0.00

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1. $ 7662.00

## Part 2: Calculate Your Deductions from Your Income

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household. **3**

**National Standards** You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items. $ 742.00

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

7a. Out-of-pocket health care allowance per person $ 52.00

7b. Number of people who are under 65 X 3

7c. **Subtotal.** Multiply line 7a by line 7b. $ 156.00 **Copy here➔** $ 156.00

**People who are 65 years of age or older**

7d. Out-of-pocket health care allowance per person $ 52.00

7e. Number of people who are 65 or older X 0

7f. **Subtotal.** Multiply line 7d by line 7e. $ 0.00 **Copy here➔** + $ 0.00

7g. **Total.** Add lines 7c and 7f.......... $ 156.00 **Copy total here➔** $ 156.00

Debtor 1 CAMERON LAMARR BURRELL, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

**Local Standards** You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. .......... $ 568.00

9. **Housing and utilities – Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses. .......... $ 1140.00

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| Mr. Cooper | $ 1920 |
| Bexar County | $ 81.00 |
| Prop. Assoc. of Northampton | + $ 42.00 |
| Total average monthly payment | $ 2043.00 |

Copy here → – $ 2043.00 Repeat this amount on line 33a.

9c. Net mortgage or rent expense.
Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0. .......... $ 0.00 Copy here → $ 0.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.** $ ______

Explain why: ______

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

- ☐ 0. Go to line 14.
- ☑ 1. Go to line 12.
- ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. $ 196.00

Debtor 1 CAMERON LAMARR BURRELL, Sr. Case number (if known) 18-52274-CAG7
First Name Middle Name Last Name

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1** **Describe Vehicle 1:** 2014 RAM 2500 Pickup Truck

13a. Ownership or leasing costs using IRS Local Standard. .................................................. $ 196.00

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| Santander Consumer USA, Inc. | $ 840.00 |
| | + $ |
| Total average monthly payment | $ 840.00 |

Copy here ➔ — $ 840.00 Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0. ............................ $ 0.00 **Copy net Vehicle 1 expense here..... ➔** $ 0.00

**Vehicle 2** **Describe Vehicle 2:**

13d. Ownership or leasing costs using IRS Local Standard. .................................................. $

13e. Average monthly payment for all debts secured by Vehicle 2.
Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| | $ |
| | + $ |
| Total average monthly payment | $ 0 |

Copy here ➔ — $ 0 Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from 13d. If this amount is less than $0, enter $0. ................................... $ **Copy net Vehicle 2 expense here ... ➔** $

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation. $ 178

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*. $

Debtor 1 CAMERON LAMARR BURRELL, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

**Other Necessary Expenses** In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes. $______

    Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. $______

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. $ 148.00

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. $______

20. **Education:** The total monthly amount that you pay for education that is either required:
    - as a condition for your job, or
    - for your physically or mentally challenged dependent child if no public education is available for similar services. $______

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

    Do not include payments for any elementary or secondary school education. $ 520.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

    Payments for health insurance or health savings accounts should be listed only in line 25. $______

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer. + $ 140.00

    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**

    Add lines 6 through 23. $ 2648.00

**Additional Expense Deductions** These are additional deductions allowed by the Means Test.
*Note*: Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ 0.00 | |
| Disability insurance | $ 0.00 | |
| Health savings account | + $ 0.00 | |
| Total | $ 0.00 | Copy total here➔ ........ $ 0.00 |

Do you actually spend this total amount?

☐ No. How much do you actually spend? $______
☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b). $ 0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply. $ 0.00

    By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs. $ 0.00

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school. $ 0.00

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

    * Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards. $ 0.00

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2). + $ 0.00

32. **Add all of the additional expense deductions.** $ 0.00
    Add lines 25 through 31.

Debtor 1 CAMERON LAMARR BURRELL, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

**Mortgages on your home:** — **Average monthly payment**

33a. Copy line 9b here ➔ $ 2043.00

**Loans on your first two vehicles:**

33b. Copy line 13b here. ➔ $ 840.00

33c. Copy line 13e here. ➔ $ 0

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| Hilton Grand Vacations | Vacation Timeshare | ☐ No ☑ Yes | $ 172.00 |
| | | ☐ No ☐ Yes | $ |
| | | ☐ No ☐ Yes | + $ |

33e. Total average monthly payment. Add lines 33a through 33d. $ 3055.00 Copy total here➔ $ 3055.00

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No. Go to line 35.

☑ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| Mr. Cooper | SFR(Arrears) | $ 107128.00 | ÷ 60 = | $ 1785.00 |
| Santander USA | 2014 RAM 2500(Arrears) | $ 14750.00 | ÷ 60 = | $ 245.00 |
| | | $ | ÷ 60 = | + $ |

Total $ 2030.00 Copy total here➔ $ 2030.00

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☑ No. Go to line 36.

☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims $ ÷ 60 = $

Debtor 1 CAMERON LAMARR BURRELL, Sr. Case number (if known) 18-52274-CAG7
First Name Middle Name Last Name

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

- [x] No. Go to line 37.
- [ ] Yes. Fill in the following information.

Projected monthly plan payment if you were filing under Chapter 13 $______

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts). x ______

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense if you were filing under Chapter 13 $______ **Copy total here** ➔ $______

37. **Add all of the deductions for debt payment.**
Add lines 33e through 36. ........ $ 5085.00

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

| | |
|---|---|
| Copy line 24, *All of the expenses allowed under IRS expense allowances* | $ 2648.00 |
| Copy line 32, *All of the additional expense deductions* | $ 0.00 |
| Copy line 37, *All of the deductions for debt payment* | + $ 5085.00 |
| Total deductions | $ 7733.00 |

**Copy total here** ➔ $ 7733.0

## Part 3: Determine Whether There Is a Presumption of Abuse

39. **Calculate monthly disposable income for 60 months**

39a. Copy line 4, *adjusted current monthly income* ..... $ 7662.00

39b. Copy line 38, *Total deductions*.......... − $ 7733.00

39c. Monthly disposable income. 11 U.S.C. § 707(b)(2). Subtract line 39b from line 39a. $ -71.00 **Copy here** ➔ $ -71.00

For the next 60 months (5 years)........ x 60

39d. **Total.** Multiply line 39c by 60. ........ $ -4260.00 **Copy here** ➔ $ -4260.00

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

- [x] **The line 39d is less than $7,700*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.
- [ ] **The line 39d is more than $12,850*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.
- [ ] **The line 39d is at least $7,700*, but not more than $12,850*.** Go to line 41.

* Subject to adjustment on 4/01/19, and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1 CAMERON LAMARR BURRELL, Sr. Case number (if known) 18-52274-CAG7

First Name Middle Name Last Name

41. 41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form........................................ $______

x .25

41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I). Multiply line 41a by 0.25. ........................................ $______ Copy here➔ $______

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**

Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse*. You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

## Part 4: Give Details About Special Circumstances

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☐ No. Go to Part 5.

☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

## Part 5: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x Cameron L Burrell, Sr — Signature of Debtor 1

x ______ Signature of Debtor 2

Date 10/05/2018 MM / DD / YYYY

Date ______ MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

Cameron L Burrell, Sr. 10-5-18

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

> **Warning: File Your Forms on Time**
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.
>
> For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.



USAA FEDERAL SAVINGS BANK



CAMERON L BURRELL
8323 NORCREST DR
CONVERSE TX 78109-3278

0
02

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 00433-8375-0 | USAA CLASSIC CHECKING | 03/02/18 - 04/03/18 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 110.85 | 61 | 2,176.00 | 12 | 2,951.73 | .00 | 886.58 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 03/05 | 100.00 | USAA FUNDS TRANSFER CR |
| 03/05 | 148.50 | USAA FUNDS TRANSFER CR |
| 03/07 | 250.00 | USAA FUNDS TRANSFER CR |
| 03/13 | 410.00 | USAA FUNDS TRANSFER CR |
| 03/19 | 300.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1461635037 |
| 03/21 | 20.00 | DEPOSIT @ MOBILE |
| 03/21 | 25.00 | DEPOSIT @ MOBILE |
| 03/22 | 100.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1465286771 |
| 03/29 | 269.30 | ACH CREDIT 033018<br>VACP TREAS 310 XXVA BENEF ***********3600 |
| 03/30 | 3.93 | USAA FUNDS TRANSFER CR<br>FROM Cameron Burrell<br>SAVINGS #3742, CONF# 1475926707 |
| 03/30 | 700.00 | TELLER DEPOSIT |
| 04/02 | 625.00 | USAA FUNDS TRANSFER CR<br>FROM Cameron Burrell<br>SAVINGS #3742, CONF# 1480021931 |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 03/05 | 19.27 | DEBIT CARD PURCHASE 030318 5814030318<br>CHICK-FIL-A #02587 SAN ANTONIO TX |
| 03/05 | 20.00 | POS DEBIT 030518 5542030518<br>WM SUPERCENTERWal-Mart SuCONVERSE TX |





USAA FEDERAL SAVINGS BANK



CAMERON L BURRELL
8323 NORCREST DR
CONVERSE TX 78109-3278

0
02

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 00433-8375-0 | USAA CLASSIC CHECKING | 04/03/18 - 05/02/18 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 886.58 | 62 | 2,115.05 | 2 | 1,669.30 | .00 | 440.83 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 04/23 | 1,400.00 | TELLER DEPOSIT |
| 04/30 | 269.30 | ACH CREDIT 050118<br>VACP TREAS 310 XXVA BENEF ***********3600 |

CHECKS

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 04/10 | 412 | 20.00 | | | |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 04/04 | 2.98 | DEBIT CARD PURCHASE 040418 5541040418<br>LOVE S TRAVEL 00004739 TEXARKANA TX |
| 04/04 | 30.05 | DEBIT CARD PURCHASE 040418 5542040418<br>LOVE S TRAVEL 00004739 TEXARKANA TX |
| 04/04 | 43.30 | DEBIT CARD PURCHASE 040218 780040218<br>MOW MGR 888-438-6697 888-4386697 TX |
| 04/04 | 45.68 | POS DEBIT 040318 5542040318<br>CEFCO #42 JARRELL TX |
| 04/05 | 2.00 | DEBIT CARD PURCHASE 040518 4121040518<br>UBER EATS GBRN7 HELP.UBER.COMCA |
| 04/05 | 12.70 | DEBIT CARD PURCHASE 040418 5812040418<br>WAFFLE HOUSE 0604 WEST MEMPHIS AR |
| 04/05 | 20.72 | POS DEBIT 040418 5912040418<br>WALGREENS STORE 987 UN MEMPHIS TN |
| 04/05 | 25.18 | DEBIT CARD PURCHASE 040518 4121040518<br>UBER EATS GBRN7 HELP.UBER.COMCA |
| 04/05 | 48.01 | DEBIT CARD PURCHASE 040318 4900040318<br>CITY OF CONVERSE (UTIL CONVERSE TX |

FDIC INSURED



USAA FEDERAL SAVINGS BANK



CAMERON L BURRELL
8323 NORCREST DR
CONVERSE TX 78109-3278

0
02

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 00433-8375-0 | USAA CLASSIC CHECKING | 05/02/18 - 06/04/18 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 440.83 | 68 | 3,847.14 | 8 | 4,502.42 | .00 | 1,096.11 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 25.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 25.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 05/08 | 2,022.12 | ACH CREDIT 050918<br>TAX PRODUCTS PE4 SBTPG LLC ***********1546 |
| 05/14 | 1.00 | USAA FUNDS TRANSFER CR<br>FROM Cameron Burrell<br>CHECKING #3742, CONF# 1532360567 |
| 05/15 | 50.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1536671889 |
| 05/18 | 20.00 | USAA FUNDS TRANSFER CR<br>FROM Cameron Burrell<br>CHECKING #3742, CONF# 1540028831 |
| 05/21 | 500.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1541204209 |
| 05/22 | 1,000.00 | TELLER DEPOSIT |
| 05/31 | 269.30 | ACH CREDIT 060118<br>VACP TREAS 310 XXVA BENEF ***********3600 |
| 06/04 | 640.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1559140689 |

CHECKS

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 05/15 | 413 | 20.00 | | | |

OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION

FDIC INSURED






CAMERON L BURRELL
8323 NORCREST DR
CONVERSE TX 78109-3278

0
02

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 00433-8375-0 | USAA CLASSIC CHECKING | 06/04/18 - 07/03/18 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 1,096.11 | 60 | 1,985.59 | 8 | 1,795.55 | .00 | 906.07 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 25.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 50.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 06/11 | 50.00 | USAA FUNDS TRANSFER CR FROM Cameron Burrell CHECKING #3742, CONF# 1569115031 |
| 06/12 | 6.00 | USAA FUNDS TRANSFER CR FROM Cameron Burrell CHECKING #3742, CONF# 1570606855 |
| 06/12 | 65.25 | USAA FUNDS TRANSFER CR FROM Cameron Burrell CHECKING #3742, CONF# 1569985457 |
| 06/15 | 20.00 | USAA FUNDS TRANSFER CR FROM Cameron Burrell CHECKING #3742, CONF# 1574888587 |
| 06/19 | 10.00 | USAA FUNDS TRANSFER CR FROM Cameron Burrell CHECKING #3742, CONF# 1579272101 |
| 06/21 | 200.00 | USAA FUNDS TRANSFER CR FROM Lakeeka Burrell CHECKING #4835, CONF# 1582350959 |
| 06/28 | 269.30 | ACH CREDIT 062918 VACP TREAS 310 XXVA BENEF ***********3600 |
| 07/02 | 1,175.00 | USAA FUNDS TRANSFER CR FROM Lakeeka Burrell CHECKING #4835, CONF# 1596095313 |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 06/05 | 2.71 | DEBIT CARD PURCHASE 060418 5814060418 CARL'S JR. #1100015 LIVE OAK TX |








CAMERON L BURRELL
8323 NORCREST DR
CONVERSE TX 78109-3278

0
02

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 00433-8375-0 | USAA CLASSIC CHECKING | 07/03/18 - 08/02/18 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 906.07 | 72 | 1,678.52 | 4 | 1,439.30 | .00 | 666.85 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 50.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 07/19 | 170.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1618075629 |
| 07/26 | 75.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1625526293 |
| 07/27 | 925.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1626579899 |
| 07/31 | 269.30 | ACH CREDIT 080118<br>VACP TREAS 310 XXVA BENEF ***********3600 |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 07/05 | 9.47 | POS DEBIT 070518 5310070518<br>DOLLAR-GENERALTOEPPERWEINLIVE OAK TX |
| 07/05 | 9.99 | DEBIT CARD PURCHASE 070218 7392070218<br>PAYPAL *UAB SENMIRA 402-935-7733 CA |
| 07/05 | 9.99 | DEBIT CARD PURCHASE 070218 7392070218<br>PAYPAL *UAB SENMIRA 402-935-7733 CA |
| 07/05 | 10.09 | DEBIT CARD PURCHASE 070418 7375070418<br>PWL*tafficbot.uk +14153497560 |
| 07/05 | 12.51 | DEBIT CARD PURCHASE 070318 5812070318<br>DENNY'S #8558 18007336 SAN ANTONIO TX |
| 07/05 | 14.00 | DEBIT CARD PURCHASE 070518 5813070518<br>DAIQUIRI LOUNGE CONVERSE TX |
| 07/05 | 15.47 | DEBIT CARD PURCHASE 070318 7230070318<br>SQ *ANOINTED CUTS LIVE OAK TX |








CAMERON L BURRELL
8323 NORCREST DR
CONVERSE TX 78109-3278

0
02

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 00433-8375-0 | USAA CLASSIC CHECKING | 08/02/18 - 09/04/18 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 666.85 | 100 | 2,720.49 | 9 | 2,706.79 | .00 | 653.15 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 50.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSITS AND OTHER CREDITS

```
DATE..........AMOUNT.TRANSACTION DESCRIPTION
08/08          125.00 ACH CREDIT                080918
                      VAED TREAS 310    XXVA CH33   ***********3600
08/08          770.46 ACH CREDIT                080918
                      VAED TREAS 310    XXVA CH33   ***********3600
08/10          800.00 DEPOSIT @ MOBILE
08/13          130.50 USAA FUNDS TRANSFER CR
                      FROM Cameron Burrell
                      CHECKING      #3742, CONF# 1648738897
08/14           52.00 ACH CREDIT                081418
                      COMMISSIONS       PAYOUT      ***********52BA
08/24            0.27 USAA OFFER REBATE
   STARBUCKS STORE 24428 - OFFER REBATE
08/27          125.00 ACH CREDIT                082818
                      VAED TREAS 310    XXVA CH33   ***********3600
08/27          434.26 ACH CREDIT                082818
                      VAED TREAS 310    XXVA CH33   ***********3600
08/30          269.30 ACH CREDIT                083118
                      VACP TREAS 310    XXVA BENEF  ***********3600
```

OTHER DEBITS

```
DATE..........AMOUNT.TRANSACTION DESCRIPTION
08/03            3.70 DEBIT CARD PURCHASE    080218     5814080218
                      ARBYS #1473 MEMPHIS       MEMPHIS        TN
08/03            9.99 DEBIT CARD PURCHASE    080218     7392080218
                      PAYPAL *UAB SENMIRA       402-935-7733 CA
08/03            9.99 DEBIT CARD PURCHASE    080218     7392080218
                      PAYPAL *UAB SENMIRA       402-935-7733 CA
```





USAA FEDERAL SAVINGS BANK



CAMERON L BURRELL
8323 NORCREST DR
CONVERSE TX 78109-3278

0
02

| ACCOUNT NUMBER | ACCOUNT TYPE | STATEMENT PERIOD |
|---|---|---|
| 00433-8375-0 | USAA CLASSIC CHECKING | 09/04/18 - 10/02/18 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 653.15 | 58 | 1,685.89 | 5 | 1,707.80 | .00 | 675.06 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 87.00 | 50.00 |

Note: Fee reversals/refunds made by USAA will not reduce the totals on this chart.

DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 09/14 | 500.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1691319019 |
| 09/24 | 320.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1700895659 |
| 09/28 | 269.30 | ACH CREDIT 100118<br>VACP TREAS 310 XXVA BENEF ***********3600 |
| 10/01 | 615.00 | USAA FUNDS TRANSFER CR<br>FROM Lakeeka Burrell<br>CHECKING #4835, CONF# 1710074785 |
| 10/02 | 3.50 | ATM SURCHARGE REBATE |

CHECKS

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 09/11 | 995462 | 75.00 | | | |

OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|---|---|---|
| 09/05 | 7.73 | POS DEBIT 090518 5411090518<br>HEB #555910 KITTY HAWK UNIVERSAL CITTX |
| 09/06 | 4.67 | DEBIT CARD PURCHASE 090518 5814090518<br>WHATABURGER 398 Q26 LIVE OAK TX |
| 09/06 | 4.73 | DEBIT CARD PURCHASE 090518 5814090518<br>TACO CASA #83 MOUNT VERNON TX |
| 09/06 | 5.32 | DEBIT CARD PURCHASE 090518 4816090518<br>PAYPAL *GODADDY.COM 402-935-7733 AZ |

FDIC INSURED



# Your checking account

LAKEEKA F BURRELL | Account # 4440 0620 4835 | March 14, 2018 to April 11, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/15/18 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-14) | 761.00 |
| 03/15/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,416.14 |
| 03/19/18 | Counter Credit | 3,500.00 |
| 03/19/18 | BKOFAMERICA MOBILE 03/19 3664067171 DEPOSIT *MOBILE TN | 377.76 |
| 03/19/18 | BKOFAMERICA MOBILE 03/19 3664068825 DEPOSIT *MOBILE TN | 20.00 |
| 03/26/18 | BKOFAMERICA ATM 03/24 #000008803 DEPOSIT WOODLAKE CROSSIN SAN ANTONIO TX | 637.76 |
| 03/30/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,632.43 |
| * 03/30/18 | Counter Credit Deposit for Cameron Burrell CLB | 1,500.00 |
| **Total deposits and other additions** | | **$9,845.09** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/14/18 | CHECKCARD 0312 TACO BELL #33827 CONVERSE TX 24231688072837009813800 | -6.16 |
| 03/14/18 | NFCU ACH DES:PAYMENT ID:905688250000002 INDN:LAKEEKA BURRELL CO ID:9000000024 WEB | -761.00 |
| 03/15/18 | CHECKCARD 0313 EXXONMOBIL 47948062 SAN ANTONIO TX 24164058073378005142395 | -20.03 |
| 03/15/18 | UNIVERSAL TOYO 03/15 #000092706 PURCHASE UNIVERSAL TOYOTA SAN ANTONIO TX | -11.02 |
| 03/16/18 | BIG LOTS #4641 03/16 #000218187 PURCHASE BIG LOTS #4641 83 CONVERSE TX | -56.67 |
| 03/16/18 | GERBER LIFE INS DES:INSURANCE ID:9031747 INDN:*BURRELL,LAKEEKA CO ID:0000991752 PPD | -18.84 |
| 03/19/18 | Adjustment/Correction Of Posted Item | -377.76 |
| 03/19/18 | CHECKCARD 0316 MCDONALD'S F24388 CONVERSE TX 24427338076710041156144 | -4.33 |
| 03/19/18 | CHECKCARD 0316 WENDY'S #11076 CONVERSE TX 24765018076206788000692 | -4.95 |
| 03/19/18 | CHECKCARD 0317 SONIC DRIVE IN 1839 CONVERSE TX 24427338076720037541563 | -12.54 |

*continued on the next page*


Invest online with professional portfolio management by Merrill Lynch




Visit **merrilledge.com/invest** to pursue your goal with Merrill Edge Guided Investing

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Investment advisor, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. ©2017 Bank of America Corporation

Investment products: **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value**

SSM-07-17-0554.B | ARPFXLMX



# Your checking account

LAKEEKA F BURRELL | Account # 4440 0620 4835 | April 12, 2018 to May 11, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 04/13/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,477.93 |
| 04/16/18 | Online Banking advance from CRD 6505 Confirmation# 0684421379 | 500.00 |
| 04/30/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,402.53 |
| 04/30/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 234.26 |
| * 05/03/18 | Counter Credit Deposits for Camron Burrell CLB | 1,600.00 |
| * 05/10/18 | USAA CHK-INTRNT DES:TRANSFER ID:L BURRELL INDN:LAKEEKA BURRELL CO ID:USAA FT WEB Deposits for Camron Burrell CLB | 1,011.00 |
| **Total deposits and other additions** | | **$6,225.72** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 04/12/18 | CHECKCARD 0411 CVS/PHARMACY #05512 SAN ANTONIO TX 24445008102000986436957 | -31.10 |
| 04/12/18 | DOLLARTRE 1057 04/12 #000317443 PURCHASE DOLLARTRE 10570 T CONVERSE TX | -15.07 |
| 04/12/18 | TOYOTA DES:Pay TFS ID:032-6580353 INDN:032-6580353 CO ID:9200602022 PPD | -635.66 |
| 04/16/18 | CHECKCARD 0413 CORNER STORE 1049 UNIVERSAL CITTX 24427338104120000457689 | -30.00 |
| 04/16/18 | CHECKCARD 0413 IHOP #1924 LIVE OAK TX 24431068104722820475515 | -14.49 |
| 04/16/18 | CHECKCARD 0413 PAYLESS SHOES000020966 SELMA TX 24164078104926310280135 | -19.49 |
| 04/16/18 | CHECKCARD 0414 SQ *ANOINTED CUTS LIVE OAK TX 24492158104741362221074 | -13.11 |
| 04/16/18 | WAL-MART #4056 04/14 #000791763 PURCHASE WAL-MART #4056 CONVERSE TX | -70.11 |
| 04/16/18 | NFCU ACH DES:PAYMENT ID:920394460000002 INDN:LAKEEKA BURRELL CO ID:9000000024 WEB | -768.00 |
| 04/16/18 | NFCU ACH DES:PAYMENT ID:920393420000002 INDN:LAKEEKA BURRELL CO ID:9000000027 WEB | -205.00 |

*continued on the next page*




Proud to support the brave women and men in our military

Trusted products and services through deployment and beyond. Bank of America is here for those who serve. Visit **bankofamerica.com/military** to learn more about our military customer benefits.

LIFE / BETTER CONNECTED®

SSM-01-18-2267.C | AR5845NB



# Your checking account

LAKEEKA F BURRELL | Account # 4440 0620 4835 | May 12, 2018 to June 12, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 05/15/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,371.56 |
| 05/21/18 | BKOFAMERICA ATM 05/19 #000007610 DEPOSIT LOTTS LANDING SAN ANTONIO TX | 500.00 |
| 05/31/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,315.39 |
| *06/04/18 | BKOFAMERICA MOBILE 06/02 3692516591 DEPOSIT *MOBILE TN Deposit for Carson Burrell | 2,200.00 |
| **Total deposits and other additions** | | **$5,386.95** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 05/14/18 | CHECKCARD 0510 MCDONALD'S F24388 CONVERSE TX 24427338131710039057075 | -12.88 |
| 05/14/18 | CHECKCARD 0512 SQ *ANOINTED CUTS LIVE OAK TX 24492158132740246485315 | -13.11 |
| 05/14/18 | CHECKCARD 0512 BEE CLEAN CAR WASH NO 1 SAN ANTONIO TX 24767908133230200461135 | -8.00 |
| 05/14/18 | CHECKCARD 0512 JCPENNEY 2833 SAN ANTONIO TX 24431068132832761137614 | -107.75 |
| 05/14/18 | CHECKCARD 0512 POTBELLY #445 LIVE OAK TX 24692168133100361871367 | -13.64 |
| 05/14/18 | CHECKCARD 0513 WALMART GROCERY 800-966-6546 AR 24055238134083703275359 | -34.21 |
| 05/14/18 | CHECKCARD 0513 CVS/PHARMACY #05512 SAN ANTONIO TX 24445008134000911802812 | -17.30 |
| 05/14/18 | CHECKCARD 0513 GRADYS NO 6 SAN ANTONIO TX 24013398133002742157554 | -11.90 |
| 05/14/18 | DOLLARTRE 1057 05/14 #000331074 PURCHASE DOLLARTRE 10570 T CONVERSE TX | -13.91 |
| 05/14/18 | SYNCB/ShopHQ Crd DES:SHOPHQEPAY ID:1586378676 INDN: 6045771201149861 CO ID:9069872103 WEB | -693.55 |
| 05/14/18 | Bank of America Credit Card Bill Payment | -15.00 |
| 05/16/18 | CHECKCARD 0515 HUMANA PHARMACY 02423 SAN ANTONIO TX 24717058136731361388506 | -11.80 |
| 05/16/18 | GERBER LIFE INS DES:INSURANCE ID:1766877 INDN:*BURRELL,LAKEEKA CO ID:0000991752 PPD | -18.84 |
| 05/17/18 | CHECKCARD 0515 MCDONALD'S F2881 SAN ANTONIO TX 24427338136710044267193 | -2.48 |

*continued on the next page*


## Experience the arts for free

**Get one free general admission** when you show your Bank of America® card and a photo ID at more than 200 cultural institutions on the first full weekend of every month.

Visit **bankofamerica.com/artsonus** to learn more and find a participating location near you.

Bank of America

LIFE / BETTER CONNECTED℠

SSM-11-17-0595.C | ARN78D44



# Your checking account

LAKEEKA F BURRELL | Account # 4440 0620 4835 | June 13, 2018 to July 12, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 06/15/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,538.39 |
| *06/21/18 | Counter Credit Deposit for Cameron Burrell | 200.00 |
| 06/21/18 | BKOFAMERICA MOBILE 06/21 3700112969 DEPOSIT *MOBILE TN | 27.04 |
| 06/29/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,484.53 |
| *07/02/18 | BKOFAMERICA MOBILE 06/30 3703383336 DEPOSIT *MOBILE TN Deposit for Cameron Burrell | 2,700.00 |
| 07/05/18 | USAA CHK-INTRNT DES:TRANSFER ID:L BURRELL INDN:LAKEEKA BURRELL CO ID:USAA FT WEB | 100.00 |
| 07/06/18 | BKOFAMERICA ATM 07/05 #000009403 DEPOSIT LOTTS LANDING SAN ANTONIO TX | 70.00 |
| **Total deposits and other additions** | | **$6,119.96** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 06/13/18 | CHECKCARD 0613 BURGER KING #25009 SAN ANTONIA TX 24186168164206899001032 | -9.19 |
| 06/14/18 | CHECKCARD 0613 KFC E003003 UNIVERSAL CITTX 24431068165091517000911 | -12.10 |
| 06/15/18 | CHECKCARD 0614 JASON'S DELI #1 PAVILI SAN ANTONIO TX 24761978166206588000553 | -8.22 |
| 06/18/18 | CHECKCARD 0615 SONIC DRIVE IN 5210 CASTLE HILLS TX 24427338166720040762173 | -5.82 |
| 06/18/18 | CHECKCARD 0616 HEB TO U 800-987-4438 TX 24231688167083705200333 | -85.15 |
| 06/18/18 | CHECKCARD 0616 MCDONALD'S F24388 CONVERSE TX 24427338168710040311871 | -4.33 |
| 06/18/18 | CHECKCARD 0617 M M DONUTS CONVERSE TX 24431068168400465000079 | -2.70 |
| 06/18/18 | CHECKCARD 0616 JIFFY LUBE #625 UNIVERSAL CITTX 24231688167837000667086 | -7.00 |
| 06/18/18 | NFCU ACH DES:PAYMENT ID:948837620000002 INDN:LAKEEKA BURRELL CO ID:9000000024 WEB | -790.00 |
| 06/18/18 | GERBER LIFE INS DES:INSURANCE ID:6060743 INDN:*BURRELL,LAKEEKA CO ID:0000991752 PPD | -18.84 |

*continued on the next page*

What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like. Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

LIFE / BETTER CONNECTED®

Inclusion on the Advisory Panel subject to qualifications. SSM-04-18-0052.A1 | ARHKGJ65



**Your checking account**

LAKEEKA F BURRELL | Account # 4440 0620 4835 | July 13, 2018 to August 14, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 07/13/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,389.20 |
| *07/19/18 | Counter Credit Deposit for Cameron Burrell | 300.00 |
| 07/24/18 | BKOFAMERICA MOBILE 07/24 3712004501 DEPOSIT *MOBILE TN | 7,000.00 |
| 07/25/18 | Online Banking advance from CRD 3345 Confirmation# 1556328534 | 1,200.00 |
| *07/26/18 | Counter Credit Deposit for Camron Burrell | 2,500.00 |
| 07/31/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,343.68 |
| 07/31/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 455.86 |
| 08/02/18 | CHECKCARD 0801 AMZN MKTP US AMZN.COM/B AMZN.COM/BILLWA 74431068213083004 34 | 7.99 |
| **Total deposits and other additions** | | **$14,196.73** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 07/13/18 | CITI CARD ONLINE DES:PAYMENT ID:112695633082075 INDN:LAKEEKA L FORD CO ID:CITICTP WEB | -25.00 |
| 07/16/18 | CHECKCARD 0715 AMAZON.COM AMZN.COM/BIL AMZN.COM/BILLWA 24431068197083302708727 | -16.42 |
| 07/16/18 | CHECKCARD 0715 AMAZON MKTPLACE PMTS WW WWW.AMAZON.COWA 24431068196083358336739 | -10.51 |
| 07/17/18 | CHECKCARD 0716 AMAZON MKTPLACE PMTS WW WWW.AMAZON.COWA 24431068197083715279951 | -41.66 |
| 07/17/18 | Chester's Hamb 07/17 #000231140 PURCHASE Chester's Hamburg UNIVERSAL CTY TX | -14.58 |
| 07/17/18 | NFCU ACH DES:PAYMENT ID:962043470000002 INDN:LAKEEKA BURRELL CO ID:9000000024 WEB | -790.00 |
| 07/17/18 | NFCU ACH DES:PAYMENT ID:962043390000002 INDN:LAKEEKA BURRELL CO ID:9000000027 WEB | -205.00 |

*continued on the next page*




More informed. More empowered.

Introducing a new self-directed online investing experience from Merrill Edge.® Visit **merrilledge.com/Learn** for more information.



Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, investment advisor, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investment products are provided by MLPF&S and: **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value**

SSM-05-18-0031.B | ARNVXQ99



# Your checking account

LAKEEKA F BURRELL | Account # 4440 0620 4835 | August 15, 2018 to September 11, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 08/15/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,678.61 |
| 08/31/18 | 35834 BANK OF SA DES:DIR DEP ID:BURL INDN:LAKEEKA BURRELL CO ID:1364227403 PPD | 1,561.93 |
| *09/04/18 | BKOFAMERICA MOBILE 09/01 3726732959 DEPOSIT *MOBILE TN Deposit for Cameron Burrell | 1,500.00 |
| **Total deposits and other additions** | | **$4,740.54** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 08/15/18 | CHECKCARD 0813 I9 SPORTS NEW BRAUNFELS 830-7147591 TX 24275548226809201053574 | -119.00 |
| 08/16/18 | CHECKCARD 0814 TACO CABANA 20102 SAN ANTONIO TX 24231688227400000371387 | -7.01 |
| 08/16/18 | CHECKCARD 0815 JIMMY JOHNS # 1167 - 210-340-2224 TX 24269798228001060069431 | -10.35 |
| 08/16/18 | GERBER LIFE INS DES:INSURANCE ID:3187344 INDN:*BURRELL,LAKEEKA CO ID:0000991752 PPD | -18.84 |
| 08/17/18 | CHECKCARD 0816 AMZN MKTP US AMZN.COM/B AMZN.COM/BILLWA 24431068228083715377428 | -9.93 |
| 08/17/18 | NFCU ACH DES:PAYMENT ID:976636390000002 INDN:LAKEEKA BURRELL CO ID:9000000024 WEB | -790.00 |
| 08/20/18 | CHECKCARD 0816 MCDONALD'S F2881 SAN ANTONIO TX 24427338229710047293582 | -7.05 |
| 08/20/18 | CHECKCARD 0816 JASON'S DELI #1 PAVILI SAN ANTONIO TX 24761978229206588002786 | -8.22 |
| 08/20/18 | CHECKCARD 0818 AMZN MKTP US AMZN.COM/B AMZN.COM/BILLWA 24431068230083757250406 | -40.72 |
| 08/20/18 | CHECKCARD 0817 MCDONALD'S F10586 SAN ANTONIO TX 24427338230710042052337 | -5.41 |
| 08/20/18 | CHECKCARD 0818 KFC E003009 SAN ANTONIO TX 24431068231400907000102 | -7.57 |
| 08/20/18 | CHECKCARD 0819 CHEDDAR'S 0202063 SELMA TX 24431068231400681000146 | -50.00 |
| 08/20/18 | CHECKCARD 0819 HEB TO U 800-987-4438 TX 24231688231083307724765 | -78.48 |
| 08/20/18 | CHECKCARD 0819 FREEPRINTS 877-248-8906 CA 24492158231717450434585 RECURRING | -5.00 |

*continued on the next page*



Experience the arts for free

**Get one free general admission** when you show your Bank of America® card and a photo ID at more than 200 cultural institutions on the first full weekend of every month.

Visit **bankofamerica.com/ArtsOnUs** to learn more and find a participating location near you.

Bank of America

LIFE / BETTER CONNECTED®

SSM-06-18-0072.C | ARB4YMCM